UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED AMERICA FINANCIAL, INCORPORATED )
512J East Randolph Road )
Silver Spring, Maryland 20904 )
)
        Plaintiff, )
)
v. )
)
POSTMASTER GENERAL JOHN E. POTTER )
U.S. POSTAL SERVICE, )
475 L'Enfant Plaza, SW. )
Washington, D.C. 20260-5202 )
)
  Serve: )
)
KENNETH L. WAINSTEIN )
UNITED STATES ATTORNEY )
DISTRICT OF COLUMBIA )
555 Fourth Street, N.W. )
Washington, D.C. 20001 )
)
        And )
)
ALBERTO GONZALES )
U.S. ATTORNEY GENERAL )
10th Street and Constitution Ave., N.W. )
Washington, D.C. 20530 )
)
        Defendant, )
)

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

### I. JURISDICTION AND VENUE

Plaintiff, by counsel, complains as follows:

Page 1 of 5

1. This is an action under the Freedom Information Act, 5 U.S.C. § 552, for injunctive and other appropriate relief and seeking the disclosure and release of United States Postal Service ("USPS") records improperly withheld from Plaintiff by Defendant.

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. §§ 552(a)(4)(B) and 552(a)(6)(E)(iii). This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction over plaintiffs' common law claim under 28 U.S.C. § 1367. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff sought all supporting documents to the document attached here as Exhibit "A," all investigative documents for the Document. Plaintiff sought all investigative notes for this Document and the date those notes were created. Plaintiff sought all the public records, including, but not limited to letters, correspondence, tape recordings, notes, data, memoranda, reports, email, computer source and object code, technical manuals, technical specifications, or any other materials, held by USPS (all requested material, together, the "records").

4. Defendant USPS is an agency of the United States, and it has possession and control over the records requested by the plaintiff.

## II. PARTIES

5. Plaintiff United America Financial, Incorporated (hereinafter "UAF") is a Corporation duly organized under the laws of Maryland.

6. Defendant the United States Postal Service (USPS) is an independent establishment of the executive branch of the Government of the United States with Headquarters in Washington, D.C.

### III. PLAINTIFF'S FOIA REQUESTS AND DEFENDANT'S FAILURE TO RESPOND

7. By letters dated February 1, 2006, counsel submitted Freedom of Information Act (hereinafter FOIA) requests on behalf of Plaintiff to the USPS Records Officer and Acting Chief Postal Inspector. (True and complete copies are attached hereto and marked Exhibits B.)

8. The Postal Service referred UAF's FOIA requests to Postal Headquarters for processing.

9. By letter dated March 9, 2006, the Postal Service, through M.R. Baxter, Information Disclosure Technician, informed UAF that the Postal Inspection Service has no records responsive to UAF's February 1, 2006 letter. (True and complete copies are attached hereto and marked Exhibits C.)

10. By letter dated March 15, 2006, UAF informed the Postal Service, through M.R. Baxter, Information Disclosure Technician, requested reconsideration of the Postal Inspection Service's representation that no records responsive to UAF's February 1, 2006 letter existed. (True and complete copies are attached hereto and marked Exhibits D.)

11. On March 22, 2006, the Postal Service identified 11 pages of records responsive to UAF's request. The Postal Service released redacted copies of six of those 11 pages. (True and complete copies are attached hereto and marked Exhibits E.)

12. By letter dated March 22, 2006, UAF filed an administrative appeal. (True and complete copies are attached hereto and marked Exhibits F.)

13. By letter dated March 24, 2006, UAF appealed the denial of information to Anthony F. Alverno, Postal Service Chief Counsel, Customer Programs, Corporate Law Section. (True and complete copies are attached hereto and marked Exhibits G.)

14. By letter dated March 27, 2006, the U.S. Postal Service Office of the Inspector General denied UAF's request for information. (True and complete copies are attached hereto and marked Exhibits H.)

15. On April 6, 2006, the Postal Service, through Anthony F. Alverno, Postal Service Chief Counsel, Customer Programs, Corporate Law Section, denied UAF's appeal to have the Records released to them. (True and complete copies are attached hereto and marked Exhibits I.)

16. By letter dated April 6, 2006, the Postal Service, through T.A. Warner, Information Disclosure Technician, provided UAF with five pages of redacted records and informed UAF that they were withholding 127 pages of documents. (True and complete copies are attached hereto and marked Exhibits J.)

17. By letter dated April 12, 2006, UAF appealed the denial of their request for the Records to Anthony F. Alverno, Postal Service Chief Counsel, Customer Programs, Corporate Law Section. (True and complete copies are attached hereto and marked Exhibits K.)

18. By letter dated May 2, 2006, Anthony F. Alverno, Postal Service Chief Counsel, Customer Programs, Corporate Law Section, provided UAF the final agency decision of the United States Postal service which informed UAF of their right to seek judicial review of the Postal Service's final decision. (True and complete copies are attached hereto and marked Exhibits L.)

19. By letter dated May 8, 2006, Ms. Gladis C. Griffith, Freedom of Information Act Appeals Officer, provided UAF the final agency decision of the United States Postal service which informed UAF of their right to seek judicial review of the Postal Service's final decision. (True and complete copies are attached hereto and marked Exhibits M.)

20. Plaintiff has exhausted the applicable administrative remedies with respect to his

FOIA requests to defendant Postal Service.

21. Defendant Postal Service has wrongfully withheld the requested records from plaintiff.

## IV. RELIEF REQUESTED

**WHEREFORE**, plaintiff prays that this Court:

A. order defendant to disclose the requested records in their entireties and make copies available to plaintiff;

B. provide for expeditious proceedings in this action;

C. award plaintiff its costs and reasonable attorneys fees incurred in this action; and

D. grant such other relief as the Court may deem just and proper.

Respectfully submitted,

/s/ William P. Farley
William P. Farley 466280
The Law Office of William P. Farley
900 17th Street, N.W.
Suite 1250
Washington, D.C. 20006
(202) 293-3200
Counsel for Plaintiff