# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| UNITED AMERICA FINANCIAL, INCORPORATED ) | |
| ) | |
| ) | **Civil No.: 06 CV 1023 (JDB)** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| POSTMASTER GENERAL JOHN E. POTTER ) | |
| U.S. POSTAL SERVICE, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## Notice of Filing Exhibits to the Complaint

Plaintiff files notice that they are filing the Exhibits listed within the Complaint. The Exhibits are listed as A-M.

Respectfully submitted,

     /s/ William P. Farley
William P. Farley #466280
Law Office of William P. Farley
900 17th Street, N.W.
Suite 1250
Washington, D.C.  20006
(202) 293-3200
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiff's Notice of Filing Exhibits to the Complaint was served on defendant by delivering a copy thereof by U.S. Mail on this 8th day of June 2006 to the defendant and their attorney at:

POSTMASTER GENERAL JOHN E. POTTER
U.S. POSTAL SERVICE,
475 L'Enfant Plaza, SW.
Washington, D.C. 20260-5202

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
DISTRICT OF COLUMBIA
555 Fourth Street, N.W.
Washington, D.C. 20001

And

ALBERTO GONZALES
U.S. ATTORNEY GENERAL
10th Street and Constitution Ave., N.W.
Washington, D.C. 20530

Counsel for Defendants

 /s/ William P. Farley
William P. Farley
Law Office of William P. Farley
900 17th Street, N.W.
Suite 1250
Washington, D.C.  20006