# EXHIBIT A



< Blue   < LiteBlue



The Online News Source For Postal Employee

Browse News Archive »

Browse "Did You Know?" Archive »

Search 

### Links
- News & Stamp Releases on *usps.com*
- Setting the Record Straight
- Employee Deals
- USPSNEWS HardCopy
- *Postal Bulletin*

Get USPSNEWS *Link* in your mailbox.
Ask for it at ***uspslink@usps.gov***

In This Issue...

## January 27, 2006

- **My Desktop Post Office**
An online shortcut to *USPS.com*

- **A dropped PIN**
Nigerian identity thieves targeting USPS employees

- **Delivery delivers!**
Fishers, IN, Post Office and Fredericksburg, VA, branch win "Best of the Best"

- **IT Tip**
Waste management

- **Did You Know?**

- **Quotable Quotes**
Directly to where they want to be

- **Postscripts**
Field Updates with Pat Donahoe • The art of the stamp

- **Mailbag**
APCs show forward-thinking Postal Service

- **Newsstand**
Hattie McDaniel honored on stamp

### News Archives »

## My Desktop Post Office
### An online shortcut to *USPS.com*

Introducing — My Desktop Post Office, an online shortcu to the USPS.com features used most by small businesse

My Desktop Post Office gives customers one-click access to print shipping labels, request a carrier pickup — even create Direct Mail. And, because it's customizable, customers can add or remove features to suit their need:

My Desktop Post Office can be downloaded at: *usps.com/smartbusiness* on USPS.com. CDs were sent by Direct Mail to 600,000 small business customers, and My Desktop Post Office is being promoted in a variety of print broadcast, electronic and online ads — and in a test of coffee cup sleeve and pizza box ads. My Desktop Post Office messages will appear at selected independent coffe shops in Boston, San Francisco and Washington, DC, and on pizza boxes in Chicago, Detroit and New York.

To see print and digital ad samples, go to: *blue.usps.gov/advertising* and scroll down to "Advertisin Reference."



Ads featuring My Desktop Post Office will appear in publications

Back To Top

*like Fortune Small Business, Fast Company and Wired magazines.*

# A dropped PIN
## Nigerian identity thieves targeting USPS employees

There's a new identity theft scam on the rise — and this one directly targets USPS employees.

Nigerians posing as representatives of the Office of Federal Employees Group Life Insurance (OFEGLI) have been asking employees for their Social Security numbers, Employee IDs and USPS PINs. This group surfaced in Pittsburgh under the name **Employee Services Division, UAF**, and is distributing business cards claiming to represent FEGLI and are based in Silver Springs, MD. If anyone matching this description contacts you, call your local Inspection Service office immediately.

Anyone claiming to represent OFEGLI and asking for access to a USPS facility should not be allowed on the premises — OFEGLI doesn't solicit employees! Never divulge your USPS PIN to anyone and only provide your Social Security number and Employee ID when you're using it for an official purpose, such as on PostalEASE or filing a health benefits claim.

If you believe your USPS PIN has been compromised, you can establish a new one by calling the employee service line at 877-477-3273 (877-4PS-EASE) and pressing 3. You'll be prompted for your Social Security number, your current USPS PIN and then prompted to select a new 4-digit USPS PIN.

Back To Top

# Delivery delivers!
## Fishers, IN, Post Office and Fredericksburg, VA, branch win "Best of the Best"

We have two new winners for this week's "Best of the Best" awards. Great Lakes Area reeled in a winner by nominating the Fishers, IN, Post Office for the EAS 22 and above category. A fast-growing community with a potential delivery growth rate of 6.4% compared to same period last year, Fishers has an 87.5% DPS percentage and great office and street productivity.

Capital Metro is on a streak, capturing back-to-back wins in the EAS 21 and below category. This week's winner, the Falmouth Branch office, comes from the historic city of Fredericksburg, VA. Falmouth Branch demonstrated outstanding office and street productivity and achieved an 81.3% DPS percentage.

Congratulations to all employees in the Fishers and the Falmouth offices. Click here to see a complete list of nominees.

Back To Top

# IT Tip
## Waste management

Ready to delete a block of outdated or unwanted e-mails? Hold down the shift key and click on the last message in the group of e-mails you want to delete. This will highlight the whole bunch. Press the Delete key and they're all gone. If you want to just get rid of a select few, click the first message you want to dispose of and then hold down the Ctrl key. Click the next message and so on. Once you have highlighted the selected messages, press Delete and say goodbye.

Say goodbye to unwanted e-mails and hello to IT tips at: *it-tips.usps.gov*.

Back To Top

https://liteblue.usps.gov/news/link/2006jan27.htm

## Did You Know?



DID YOU KNOW? The U.S. Postal Service delivers 47% of the world's total annual mail volume. Source: Universal Postal Union, 2004.

Back To Top

## Quotable Quotes

"My Desktop Post Office gives customers an online shortcut directly to where they want to be on USPS.com. It's another demonstration of our commitment to make doing business with the Postal Service as fast and easy as possible."
— Chief Marketing Officer Anita Bizzotto.

Back To Top

## Postscripts

**FIELD UPDATES WITH PAT DONAHOE.** Deputy Postmaster General and Chief Operating Officer Pat Donahoe addresses service and budget issues in the latest broadcast of *Field Updates* airing Wednesday, Feb. 1 at 2 p.m. ET on *PSTN 17* and *USPS-TV On Demand*. During the 25-minute show, Donahoe discusses the importance of managing the 24-hour clock — and gives solutions and timelines on how to do it successfully. Managers are encouraged to watch the program and share the information with all employees. PEDCs are asked to record the program for distribution to offices not able to receive the broadcast. To see if your site is able to receive  *USPS-TV On Demand* at the desktop, click blue.usps.gov/pac/uspstv/ and select "Is Your Site Able to View *USPS-TV On Demand*?"

 **"THE ART OF THE STAMP."** The Midwestern Museum of American Art in Elkhart, IN, is hosting an exhibit through Feb. 26 featuring behind-the-scenes looks at some high-profile stamps. The exhibit also displays rarely seen original artwork by such notable artists as Norman Rockwell, whose City Mail Delivery is a timeless tribute to the Postal Service. For more information on the exhibit, visit http://midwestmuseum.us. Click on "Current Events," then "The Art of the Stamp."

Back To Top

## Mailbag

**George Ensinger, Queens P&DC, Flushing, NY:** I recently had two occasions to use the APC at my local Post Office. The instructions are clear and easy to follow. It showed me the label it was going to print and asked if it would fit on the package. This is the kind of "thinking through" that makes a self-serve system work. It's a great service!

*Have a question? A comment? Write to us at **uspslink@usps.gov**.*
*Be sure to include your topic in the subject line.*

Back To Top
. . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## Newsstand

**HATTIE MCDANIEL HONORED ON STAMP.** *Associated Press, Los Angeles Times, USA Today* and other media outlets report that the Hattie McDaniel stamp — the 29th in the Black Heritage series — was dedicated Wednesday by USPS Board of Governors Chairman James Miller in Beverly Hills, CA. McDaniel was the first African American to win an Academy Award for her role in "Gone With the Wind." "The Postal Service is proud to salute the life and extraordinary legacy of Hattie McDaniel," said Miller, who was joined by McDaniel's nephew, Edgar Goff, and other family members.

Back To Top
. . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Link *Online* Archive** 
© 2003-2006 United States Postal Service

This is G o o g l e's cache of https://liteblue.usps.gov/news/link/2006jan27.htm as retrieved on Jan 31, 2006 03:46:36 GMT
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: `http://www.google.com/search?q=cache:0PkTQOothpQJ:https://liteblue.usps.gov/news/link/2006jan27.htm+liteblue+nigerian+identity&hl=en&gl=us`

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **liteblue nigerian identity**

USPS logo - Links to USPS.COM

< Blue   < LiteBlue

USPS News Link

The Online News Source For Postal Employees.

Browse News Archives »

Search

Links
- News Releases on *usps.com*
- **Stamp News on** *usps.com*
- **Setting the Record Straight**
- Employee Deals
- USPSNEWS HardCopy
- *Postal Bulletin*

Get USPSNEWS *Link* in your mailbox. Ask for it at **uspslink@usps.gov**

**In This Issue...**

# January 27, 2006

**My Desktop Post Office**
An online shortcut to *USPS.com*

**A dropped PIN**
**Nigerian identity** thieves targeting USPS employees

**Delivery delivers!**
Fishers, IN, Post Office and Fredericksburg, VA, branch win "Best of the Best"

**IT Tip**
Waste management

**Did You Know?**

**Quotable Quotes**
Directly to where they want to be

**Postscripts**
Field Updates with Pat Donahoe • The art of the stamp

**Mailbag**
APCs show forward-thinking Postal Service

**Newsstand**
Hattie McDaniel honored on stamp

News Archives »

## My Desktop Post Office
An online shortcut to *USPS.com*

Introducing — My Desktop Post Office, an online shortcut to the USPS.com features used most by small businesses.

My Desktop Post Office gives customers one-click access to print shipping labels, request a carrier pickup — even create Direct Mail. And, because it's customizable, customers can add or remove features to suit their needs.

My Desktop Post Office can be downloaded at: *usps.com/smartbusiness* on USPS.com. CDs were sent by Direct Mail to 600,000 small business customers, and My Desktop Post Office is being promoted in a variety of print, broadcast, electronic and online ads — and in a test of coffee cup sleeve and pizza box ads. My Desktop Post Office messages will appear at selected independent coffee shops in Boston, San Francisco and Washington, DC, and on pizza boxes in Chicago, Detroit and New York.

*Ads featuring My Desktop Post Office will appear in publications like Fortune Small Business, Fast Company and Wired magazines.*

To see print and digital ad samples, go to: *blue.usps.gov/advertising* and scroll down to "Advertising Reference."

Back To Top

## A dropped PIN
**Nigerian identity thieves targeting USPS employees**

There's a new **identity** theft scam on the rise — and this one directly targets USPS employees.

Nigerians posing as representatives of the Office of Federal Employees Group Life Insurance (OFEGLI) have been asking employees for their Social Security numbers, Employee IDs and USPS PINs. This group surfaced in Pittsburgh under the name **Employee Services Division, UAF**, and is distributing business cards claiming to represent FEGLI and are based in Silver Springs, MD. If anyone matching this description contacts you, call your local Inspection Service office immediately.

Anyone claiming to represent OFEGLI and asking for access to a USPS facility should not be allowed on the premises — OFEGLI doesn't solicit employees! Never divulge your USPS PIN to anyone and only provide your Social Security number and Employee ID when you're using it for an official purpose, such as on PostalEASE or filing a health benefits claim.

If you believe your USPS PIN has been compromised, you can establish a new one by calling the employee service line at 877-477-3273 (877-4PS-EASE) and pressing 3. You'll be prompted for your Social Security number, your current USPS PIN and then prompted to select a new 4-digit USPS PIN.

Back To Top

## Delivery delivers!
Fishers, IN, Post Office and Fredericksburg, VA, branch win "Best of the Best"

We have two new winners for this week's "Best of the Best" awards. Great Lakes Area reeled in a winner by nominating the Fishers, IN, Post Office for the EAS 22 and above category. A fast-growing community with a potential delivery growth rate of 6.4% compared to same period last year, Fishers has an 87.5% DPS percentage and great office and street productivity.

Capital Metro is on a streak, capturing back-to-back wins in the EAS 21 and below category. This week's winner, the Falmouth Branch office, comes from the historic city of Fredericksburg, VA. Falmouth Branch demonstrated outstanding office and street productivity and achieved an 81.3% DPS percentage.

Congratulations to all employees in the Fishers and the Falmouth offices. Click here to see a complete list of nominees.

Back To Top

## IT Tip
Waste management

Ready to delete a block of outdated or unwanted e-mails? Hold down the shift key and click on the last message in the group of e-mails you want to delete. This will highlight the whole bunch. Press the Delete key and they're all gone. If you want to just get rid of a select few, click the first message you want to dispose of and then hold down the Ctrl key. Click the next message and so on. Once you have highlighted the selected messages, press Delete and say goodbye.

Say goodbye to unwanted e-mails and hello to IT tips at: *it-tips.usps.gov*.

Back To Top

## Did You Know?



Back To Top

## Quotable Quotes

*"My Desktop Post Office gives customers an online shortcut directly to where they want to be on USPS.com. It's another demonstration of our commitment to make doing business with the Postal Service as fast and easy as possible."*
— Chief Marketing Officer Anita Bizzotto.

Back To Top

## Postscripts

**FIELD UPDATES WITH PAT DONAHOE.** Deputy Postmaster General and Chief Operating Officer Pat Donahoe addresses service and budget issues in the latest broadcast of *Field Updates* airing Wednesday, Feb. 1 at 2 p.m. ET on *PSTN 17* and *USPS-TV On Demand*. During the 25-minute show, Donahoe discusses the importance of managing the 24-hour clock — and gives solutions and timelines on how to do it successfully. Managers are encouraged to watch the program and share the information with all employees. PEDCs are asked to record the program for distribution to offices not able to receive the broadcast. To see if your site is able to receive *USPS-TV On Demand* at the desktop, click blue.usps.gov/pac/uspstv/ and select "Is Your Site Able to View *USPS-TV On Demand*?"



**"THE ART OF THE STAMP."** The Midwestern Museum of American Art in Elkhart, IN, is hosting an exhibit through Feb. 26 featuring behind-the-scenes looks at some high-profile stamps. The exhibit also displays rarely seen original artwork by such notable artists as Norman Rockwell, whose City Mail Delivery is a timeless tribute to the Postal Service. For more information on the exhibit, visit http://midwestmuseum.us. Click on "Current Events," then "The Art of

the Stamp."

Back To Top

## Mailbag

**George Ensinger, Queens P&DC, Flushing, NY:** I recently had two occasions to use the APC at my local Post Office. The instructions are clear and easy to follow. It showed me the label it was going to print and asked if it would fit on the package. This is the kind of "thinking through" that makes a self-serve system work. It's a great service!

*Have a question? A comment? Write to us at uspslink@usps.gov.*
*Be sure to include your topic in the subject line.*

Back To Top

## Newsstand

**HATTIE MCDANIEL HONORED ON STAMP.** *Associated Press, Los Angeles Times, USA Today* and other media outlets report that the Hattie McDaniel stamp — the 29th in the Black Heritage series — was dedicated Wednesday by USPS Board of Governors Chairman James Miller in Beverly Hills, CA. McDaniel was the first African American to win an Academy Award for her role in "Gone With the Wind." "The Postal Service is proud to salute the life and extraordinary legacy of Hattie McDaniel," said Miller, who was joined by McDaniel's nephew, Edgar Goff, and other family members.

Back To Top

**Link *Online* Archive**
© 2003-2006 United States Postal Service

# EXHIBIT B



UNITED STATES POSTAL INSPECTION SERVICE

OFFICE OF COUNSEL

March 3, 2006

Mr. William P. Farley
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006-2517

RE: FOIA No. 2006-FPIS-00133

Dear Mr. Farley:

This will acknowledge receipt of your letter dated February 1, 2006, requesting, pursuant to the Freedom of Information/Privacy Acts, access to certain records that may be in the custody of the U.S. Postal Inspection Service pertaining to the article.

There will be a delay in responding to your letter as we are in the process of conducting appropriate file searches pertaining to your request.

As information, it is our policy to process requests for access to Postal Inspection Service records on a first-in, first-out basis. We will be in contact with you as soon as possible concerning this matter.

Sincerely

M. R. Baxter
Information Disclosure Technician

1735 N. LYNN STREET, ROOM 4039
ARLINGTON, VA 22209-4039
TELEPHONE: 703-292-4041
FAX 703-292-4083

LAW OFFICES
# KARL & TARONE
A PARTNERSHIP CONSISTING OF PROFESSIONAL CORPORATIONS

SUITE 1250
800 SEVENTEENTH STREET, N. W.
WASHINGTON, D.C. 20006

(202) 293-3200
FAX: (202) 429-1851

JOHN F. KARL, JR.*
C. MICHAEL TARONE◆
WILLIAM P. FARLEY✦†

* ALSO ADMITTED IN NY
† ALSO ADMITTED IN MD
✦ ALSO ADMITTED IN FL

February 1, 2006

## VIA U.S. FIRST CLASS MAIL

Robert J. Faruq, Sr.
Records Officer
United States Postal Service
475 L'Enfant Plaza SW, Room 5846
Washington, DC 20260-5846

James Rowan, Jr.
Acting Chief Postal Inspector
United States Postal Service
475 L'Enfant Plaza SW, Room 3100
Washington, DC 20260-2100

## RE: FOIA REQUEST

Dear Sirs:

I am requesting the names of all people responsible for creating the attached document (the "Document"). The Document has been published in various forms at: https://liteblue.usps.gov/news/link/2006jan27.htm and http://www.postalwatch.org/.

I am requesting all supporting documents to the document, all investigative documents for the Document. I am requesting all investigative notes for this Document and the date those notes were created. I am requesting that you allow inspection and copying of the public records, including, but not limited to letters, correspondence, tape recordings, notes, data, memoranda, reports, email, computer source and object code, technical manuals, technical specifications, or any other materials, held by the Postal Service.

We have been informed a Mr. Soos was involved in creating this Document and his phone number is (202) 268-4473. We would like all drafts of documents containing "UAF" and "Nigerian" and "identity thieves" which were created during January, 2006.

I agree to pay all reasonable fees for these documents up to $200.

Please provide all documents and email correspondence sent to any person publishing the below Document.

Thank you.

Sincerely,

*William P. Farley*

William P. Farley

Page -2-

A dropped PIN
Nigerian identity thieves targeting USPS employees

There's a new identity theft scam on the rise — and this one directly targets USPS employees.

Nigerians posing as representatives of the Office of Federal Employees Group Life Insurance (OFEGLI) have been asking employees for their Social Security numbers, Employee IDs and USPS PINs. This group surfaced in Pittsburgh under the name Employee Services Division, UAF, and is distributing business cards claiming to represent FEGLI and are based in Silver Springs, MD. If anyone matching this description contacts you, call your local Inspection Service office immediately.

Anyone claiming to represent OFEGLI and asking for access to a USPS facility should not be allowed on the premises — OFEGLI doesn't solicit employees! Never divulge your USPS PIN to anyone and only provide your Social Security number and Employee ID when you're using it for an official purpose, such as on PostalEASE or filing a health benefits claim.

If you believe your USPS PIN has been compromised, you can establish a new one by calling the employee service line at 877-477-3273 (877-4PS-EASE) and pressing 3. You'll be prompted for your Social Security number, your current USPS PIN and then prompted to select a new 4-digit USPS PIN.

LAW OFFICES
# KARL & TARONE
A PARTNERSHIP CONSISTING OF PROFESSIONAL CORPORATIONS

SUITE 1250
900 SEVENTEENTH STREET, N. W.
WASHINGTON, D.C. 20006

(202) 293-3200
FAX: (202) 429-1851

JOHN F. KARL, JR.*
C. MICHAEL TARONE⁂
WILLIAM P. FARLEY⁂†

⁂ ALSO ADMITTED IN NY
† ALSO ADMITTED IN MD
* ALSO ADMITTED IN FL

February 1, 2006

**VIA U.S. FIRST CLASS MAIL**

Robert J. Faruq, Sr.
Records Officer
United States Postal Service
475 L'Enfant Plaza SW, Room 5846
Washington, DC 20260-5846

James Rowan, Jr.
Acting Chief Postal Inspector
United States Postal Service
475 L'Enfant Plaza SW, Room 3100
Washington, DC 20260-2100

**RE: FOIA REQUEST**

Dear Sirs:

I am requesting the names of all people responsible for creating the attached document (the "Document"). The Document has been published in various forms at: https://liteblue.usps.gov/news/link/2006jan27.htm and http://www.postalwatch.org/.

I am requesting all supporting documents to the document, all investigative documents for the Document. I am requesting all investigative notes for this Document and the date those notes were created. I am requesting that you allow inspection and copying of the public records, including, but not limited to letters, correspondence, tape recordings, notes, data, memoranda, reports, email, computer source and object code, technical manuals, technical specifications, or any other materials, held by the Postal Service.

We have been informed a Mr. Soos was involved in creating this Document and his phone number is (202) 268-4473. We would like all drafts of documents containing "UAF" and "Nigerian" and "identity thieves" which were created during January, 2006.

**I agree to pay all reasonable fees for these documents up to $200.**

Please provide all documents and email correspondence sent to any person publishing the below Document.

**Thank you.**

Sincerely,

*William P. Farley* (signature)

William P. Farley

Page -2-

A dropped PIN
Nigerian identity thieves targeting USPS employees

There's a new identity theft scam on the rise — and this one directly targets USPS employees.

Nigerians posing as representatives of the Office of Federal Employees Group Life Insurance (OFEGLI) have been asking employees for their Social Security numbers, Employee IDs and USPS PINs. This group surfaced in Pittsburgh under the name Employee Services Division, UAF, and is distributing business cards claiming to represent FEGLI and are based in Silver Springs, MD. If anyone matching this description contacts you, call your local Inspection Service office immediately.

Anyone claiming to represent OFEGLI and asking for access to a USPS facility should not be allowed on the premises — OFEGLI doesn't solicit employees! Never divulge your USPS PIN to anyone and only provide your Social Security number and Employee ID when you're using it for an official purpose, such as on PostalEASE or filing a health benefits claim.

If you believe your USPS PIN has been compromised, you can establish a new one by calling the employee service line at 877-477-3273 (877-4PS-EASE) and pressing 3. You'll be prompted for your Social Security number, your current USPS PIN and then prompted to select a new 4-digit USPS PIN.