# NITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED )<br>512J East Randolph Road )<br>Silver Spring, Maryland 20904 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>POSTMASTER GENERAL JOHN E. POTTER )<br>U.S. POSTAL SERVICE, )<br>475 L'Enfant Plaza, S.W. )<br>Washington, D.C. 20260-5202 )<br>)<br>Serve: )<br>)<br>KENNETH L. WAINSTEIN )<br>UNITED STATES ATTORNEY )<br>DISTRICT OF COLUMBIA )<br>555 Fourth Street, N.W. )<br>Washington, D.C. 20001 )<br>)<br>and )<br>)<br>ALBERTO GONZALES )<br>U.S. ATTORNEY GENERAL )<br>10th Street and Constitution Ave., N.W. )<br>Washington, D.C. 20530 )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1023 (JDB) |

## NOTICE OF APPEARANCE

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Claire Whitaker as counsel for the defendant in the above-captioned case.

Respectfully submitted,

*[signature]*

CLAIRE WHITAKER, D.C. Bar #354530
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Civil Division
Washington, D.C. 20530
(202) 514-7137