# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 06-1023 (JDB) |
| POSTMASTER GENERAL JOHN E. POTTER U.S. POSTAL SERVICE, | ) ) ) ) |
| Defendant. | ) ) ) |

## CONSENT MOTION TO EXTEND TIME TO ANSWER

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an extension of time to and including August 11, 2006, to answer or otherwise respond to the allegations in this complaint filed pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et seq. Defendant's answer is presently due on July 12, 2006. Undersigned counsel primarily has consulted with plaintiff's counsel who has graciously consented to this motion. The reasons for this request are as follows:

Preliminary review of the case and discussions between agency counsel and undersigned counsel primarily assigned to the case suggest that a dispositive motion, in lieu of an answer, may be the appropriate course of action in this case. To that end, defendant is reviewing the file and consulting with agency officials in order to assemble the supporting material and prepare a declaration. It is anticipated that approximately three additional weeks will be necessary to complete this review process. Thereafter, undersigned counsel will promptly draft the answer or a dispositive motion for filing with the Court. Accordingly, defendant respectfully requests an extension of time, to and including August 11, 2006, to respond to the allegations in plaintiff's

complaint.

A proposed order is attached.

                                              Respectfully submitted,

/s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

/s/
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137