**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>POSTMASTER GENERAL JOHN E. POTTER )<br>U.S. POSTAL SERVICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1023 (JDB) |

**ORDER**

Upon consideration of defendant's consent motion to extend the time to file an answer, the opposition, if any, and for good cause shown, it is this _____ day of _____, 2006

ORDERED, that said motion is granted. Defendant's answer or dispositive motion is due on August 11, 2006.

_____
UNITED STATES DISTRICT JUDGE