UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 06-1023 (JDB) |
| POSTMASTER GENERAL JOHN E. POTTER U.S. POSTAL SERVICE, | ) ) ) ) |
| Defendant. | ) ) ) ) |

**MOTION TO EXTEND TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves for an extension of time, to and including September 29, 2006, to respond to plaintiff's motion for summary judgment. Defendant's motion is presently due on September 14, 2006. Defendant's counsel has attempted unsuccessfully to contact plaintiff's counsel concerning this motion.

By order dated August 10, 2006, this Court directed the parties to confer and "submit by not later than September 7, 2006 a proposed briefing schedule for the filing of dispositive motions to resolve this matter." R. 7. The Court also directed that if the parties "cannot agree, separate proposals shall be filed by that date." Id.

Instead of conferring with defendant as directed by the Court, plaintiff filed a motion for summary judgment and for a *Vaughn Index* on August 31, 2006. Thus, defendant is required to respond to plaintiff's dispositive motion even before a briefing schedule has been approved by the Court. Defendant believes that plaintiff has acted contrary to the Court's directive to meet and confer, and inappropriately filed a dispositive motion after being directed to meet and confer on a briefing schedule.

If the parties had met and conferred as contemplated by this Court, defendant would have recommended a briefing schedule that provided for dispositive motions on September 29, 2006, and opposition and replies filed in accordance with the rules of this Court.  As plaintiff has already filed its motion, defendant believes it would appropriate to file a response to plaintiff's motion at the same time he files his dispositive motion.  Accordingly, defendant requests approval for the filing of his dispositive motion and reply to plaintiff's dispositive motion on September 29, 2006.  A proposed order is attached.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

/s/
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137