**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>POSTMASTER GENERAL JOHN E. POTTER )<br>U.S. POSTAL SERVICE,  )<br>  )<br>    Defendant.  )<br>  )<br>_____ ) | Civil Action No. 06-1023 (JDB) |

**ORDER**

Upon consideration of this Court's order of August 10, 2006, and defendant's motion to extend the time to respond to plaintiff's motion for summary judgment, the opposition, if any, and for good cause shown, it is this _____ day of _____, 2006

ORDERED, that said motion is granted. Defendant's dispositive motion and response to plaintiff's dispositive motion are due September 29, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

WILLIAM P. FARLEY
900 Seventeenth St., N.W.
Suite 1250
Washington, DC 20006

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530