UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, ) ) ) Plaintiff, ) ) v. ) ) POSTMASTER GENERAL JOHN E. POTTER ) U.S. POSTAL SERVICE, ) ) Defendant. ) ) ) | Civil Action No.  06-1023 (JDB) |

**MOTION TO EXTEND TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for a second extension of time to respond to plaintiff's motion for summary judgment, to and including October 10, 2006. Defendant's motion is presently due on September 29, 2006.  Defendant's counsel has attempted unsuccessfully to contact plaintiff's counsel concerning this motion.

Before a scheduling order was entered in this Freedom of Information Act case, plaintiff filed a motion for summary judgment and request for a Vaughn Index. Defendant is preparing his response to plaintiff's motion and intends to cross move for summary judgment, thereby bringing the entire the matter to issue before this Court. However, because there are three separate offices of the U.S. Postal Service involved in this litigation, it has taken longer to prepare the filings. Undersigned counsel primarily assigned to the case has consulted with the postal officials involved in the preparation of declarations that will accompany defendant's filings. Although declarations have been drafted, additional time has been required to prepare the supporting documents. It is anticipated that approximately six working days will be needed in order to obtain the declarations and other supporting documents before filing defendant's

opposition and dispositive motion. Accordingly, it is respectfully requested that the deadline to respond to plaintiff's dispositive and filed a cross motion for summary judgment be extended to October 10, 2006. A proposed order is attached.

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR, D.C. Bar # 498610
        United States Attorney

        /s/
        RUDOLPH.CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        /s/
        CLAIRE WHITAKER, D.C. Bar # 354530
        Assistant United States Attorney
        United States Attorneys Office
        Civil Division
        555 4th Street, N.W., Room E-4204
        Washington, D.C. 20530
        (202) 514-7137