UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-1023 (JDB) ) |
| POSTMASTER GENERAL JOHN E. POTTER U.S. POSTAL SERVICE, | ) ) ) |
| Defendant. | ) ) ) ) |

**MOTION TO EXTEND TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an additional extension of time to respond to plaintiff's motion for summary judgment, to and including October 17, 2006. Defendant's motion is presently due on October 10, 2006. Defendant's counsel has contacted plaintiff's counsel who indicates that plaintiff will take no position on this motion.

There are three components of the U.S. Postal Service that have responded to plaintiff's Freedom of Information Act request. They are the Compensation Unit of Human Resources Department, the Office of Inspection Services, and the Office of the Inspector General. Although undersigned counsel primarily assigned to the case has consulted with each of these entities and received supporting declarations, several questions remain outstanding and need to be directed to the declarants before defendant's motion for summary judgment and opposition to plaintiff's motion for summary judgment is finalized for filing with the Court. It was hoped that the review and drafting process would be completed by October 10, 2006, the extended due date. However, the Columbus Day holiday and leave schedules interfered with this process. One

additional week should be sufficient to obtain the necessary information and complete the motion and opposition for filing with the Court.  As noted, plaintiff takes no position on this motion.

Accordingly, it is respectfully requested that the deadline to respond to plaintiff's dispositive motion and to file a cross motion for summary judgment be extended to October 17, 2006.  A proposed order is attached.

        Respectfully submitted,

        /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

        /s/
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

        /s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137