UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-1023 (JDB) ) |
| POSTMASTER GENERAL JOHN E. POTTER U.S. POSTAL SERVICE, | ) ) ) |
| Defendant. | ) ) ) |

ORDER

Upon consideration of defendant's motion to extend the time to respond to plaintiff's motion for summary judgment, no opposition taken by plaintiff, and for good cause shown, it is this _____ day of _____, 2006

ORDERED, that said motion is granted. Defendant's dispositive motion and response to plaintiff's dispositive motion are due October 17, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

WILLIAM P. FARLEY
900 Seventeenth St., N.W.
Suite 1250
Washington, DC 20006

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530