**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.  06-1023 (JDB) |
| POSTMASTER GENERAL JOHN E. POTTER U.S. POSTAL SERVICE, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**MOTION TO EXTEND TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for a fourth extension of time of five additional days to respond to plaintiff's motion for summary judgment and file defendant's cross motion for summary judgment, to and including October 23, 2006. Defendant's motion is presently due on October 17, 2006.  Defendant's counsel has attempted unsuccessfully to contact plaintiff's counsel concerning this motion.  Plaintiff took no position in connection with defendant's last extension of time.

As explained in defendant's motion for extension of time filed on October 10, 2006, there are three components of the U.S. Postal Service that have responded to plaintiff's Freedom of Information Act request, i.e., the Compensation Unit of Human Resources Department, the Office of Inspection Services, and the Office of the Inspector General.  Undersigned counsel primarily assigned to the case has consulted with each of these entities, but has yet to obtain final declarations and/or *Vaughn* Indices.  However, as counsel will be out of the office continuously from October 17th to October 20th either in depositions or the preparation of four depositions in SEC v. Biopure, et al., Misc. No.06-00380(JR), even if the final declarations are received during

this period, it will be impossible for counsel to prepare defendant's opposition and cross motion before October 23, 2006. This also assumes that counsel primarily assigned to the case will be working on the filing during the weekend of October 21-22, 2006.

Accordingly, it is respectfully requested that the deadline to respond to plaintiff's dispositive motion and to file a cross motion for summary judgment be extended to October 23, 2006. A proposed order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137