UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> POSTMASTER GENERAL JOHN E. POTTER ) <br> U.S. POSTAL SERVICE, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | Civil Action No. 06-1023 (JDB) |

ORDER

Upon consideration of defendant's motion to extend the time to respond to plaintiff's motion for summary judgment, and for good cause shown, it is this _____ day of _____, 2006

ORDERED, that said motion is granted. Defendant's dispositive motion and response to plaintiff's dispositive motion are due October 23, 2006.

                                                                                          _____
                                                                                          UNITED STATES DISTRICT JUDGE

Copies to:

WILLIAM P. FARLEY
900 Seventeenth St., N.W.
Suite 1250
Washington, DC 20006

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530