UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED )<br><br>Plaintiff,<br><br>v.<br><br>POSTMASTER GENERAL JOHN E. POTTER<br>U.S. POSTAL SERVICE,<br><br>Defendant. | )<br>)<br>)<br>)  Civil No.: 06 CV 1023 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S
FOURTH (4TH) MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff, United America Financial, Incorporated ("UAF"), by and through their attorneys respectfully request that defendant be limited to a certain number of orders granting enlargements of time to respond to plaintiff's motion for summary judgment.

Plaintiff seeks the information in this matter that is time sensitive. Plaintiff has waited patiently for months for Defendant's response. Plaintiff asks for a reasonable limit on enlargements. The pressures of litigation are often great, however, there must be a limit to the number of enlargements granted.

## CONCLUSION

Accordingly, Plaintiff requests the Court to grant Defendant's Motion for their Fourth Enlargement but place a limit on any further enlargements.   A draft order is attached.

                                          Respectfully submitted,

                                          /s/ William P. Farley
                                          William P. Farley #466280
                                          Law Office of William P. Farley, P.C.
                                          900 17th Street, N.W.
                                          Suite 1250
                                          Washington, D.C.  20006
                                          (202) 293-3200
                                          Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED AMERICA FINANCIAL, INCORPORATED** )
)
)
)Civil No.: 06 CV 1023 (JDB)
**Plaintiff,** )
v. )
)
**POSTMASTER GENERAL JOHN E. POTTER** )
**U.S. POSTAL SERVICE,** )
**Defendants.** )
)

**ORDER**

Upon consideration of Defendant's Fourth Motion for an enlargement of time, plaintiff's opposition, and the record herein, it is the ___ day of _____, 2006 hereby:

**ORDERED** that the Defendant's motion be and hereby is **GRANTED;** and it is

**FURTHER ORDERED** that any further requests for enlargements shall be accompanied by declarations from attorneys and/or parties on the exact work undertaken to complete the Defendant's Opposition; and it is

**FURTHER ORDERED** that prior to any further enlargements of time, Defendant shall provide a Vaughn Index describing each document which is responsive to plaintiff's requests, the document type, the date of the document, the purposes for which the document was created, who created the document, what material was deleted from the document, what exemption was to be used to withhold the information, a general description of the information withheld, and why that information fell under the exemption claimed**.**

_____
The Honorable John D. Bates
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Opposition to Defendant's Fourth Motion for an extension of time was served on all parties pursuant to the court's rules via electronic transmission, on this 23rd day of October 2006 to:

        CLAIRE WHITAKER, D.C. Bar # 354530
        Assistant United States Attorney
        United States Attorneys Office
        Civil Division
        555 4th Street, N.W., Room E-4204
        Washington, D.C. 20530
        (202) 514-7137
        Counsel for Defendant


        _____/s/___William P. Farley_____
        William P. Farley 466280
        Law Office of William P. Farley P.C.
        900 17th Street, N.W.
        Suite 1250
        Washington, D.C. 20006
        (202) 293-3200
        Counsel for Plaintiff