# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED AMERICA FINANCIAL,<br>INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  06-1023 (JDB) |
| | ) | |
| POSTMASTER GENERAL JOHN E. POTTER<br>U.S. POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## MOTION TO EXTEND TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for a further enlargement of time to respond to plaintiff's motion for summary judgment and file defendant's cross motion for summary judgment, to and including October 30, 2006.  Defendant's motion is presently due on October 23, 2006.  Defendant's counsel has attempted unsuccessfully to contact plaintiff's counsel concerning this motion.  Plaintiff took no position in connection with defendant's last extension of time.

As explained in defendant's motions for extension of time filed on October 10 and 23, 2006, there are three components of the U.S. Postal Service that have responded to plaintiff's Freedom of Information Act request, i.e., the Compensation Unit of Human Resources Department, the Office of Inspection Services, and the Office of the Inspector General. Undersigned counsel primarily assigned to the case has consulted with each of these entities and has received declarations and/or *Vaughn* Indices from each.  She has also worked both Saturday and Sunday, October 21 and 22, 2006, to complete defendant's filing.  However, the declarations

are not complete and will require substantial revisions.  Because undersigned counsel primarily

assigned to this case has been out of the office in depositions or at witness preparation sessions in

connection with these depositions in <u>SEC v. Biopure, et al.</u>, Misc. No.06-00380(JR), during the

entire week of October 17, 2006, it has been impossible to review the supporting documents for

defendant's filing with the three components of the Postal Service.  Moreover, because the

depositions are presently scheduled to continue on October 23, 24, and 26, 2006, it has become

apparent that the filing of defendant's motion and opposition will not be completed until October

30, 2006.

　　　Accordingly, it is respectfully requested that the deadline to respond to plaintiff's

dispositive motion and to file a cross motion for summary judgment be extended to October 30,

2006.  A proposed order is attached.

　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. Bar # 498610
　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. Bar # 434122
　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　CLAIRE WHITAKER, D.C. Bar # 354530
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　United States Attorneys Office
　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　555 4th Street, N.W., Room E-4204
　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　(202) 514-7137