UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1023 (JDB) |
| POSTMASTER GENERAL JOHN E. POTTER U.S. POSTAL SERVICE, | ) ) ) | |
| Defendant. | ) ) ) | |

ORDER

Upon consideration of defendant's motion to extend the time to respond to plaintiff's motion for summary judgment, and for good cause shown, it is this _____ day of _____, 2006

ORDERED, that said motion is granted. Defendant's dispositive motion and response to plaintiff's dispositive motion are due October 30, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

WILLIAM P. FARLEY
900 Seventeenth St., N.W.
Suite 1250
Washington, DC 20006

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530