UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-1023 (JDB) ) |
| JOHN E. POTTER, POSTMASTER GENERAL UNITED STATES POSTAL SERVICE, | ) ) ) ) ) |
| Defendant. | ) |

## DECLARATION OF BETSY CUTHBERTSON

I, Betsy Cuthbertson, make the following declaration in lieu of affidavit pursuant to 28 U.S.C. § 1746. I am aware that this declaration is the legal equivalent of a statement under oath and that it will be filed in the United States District Court for the District of Columbia.

1. Since about 2/2004 I have been employed as Manager, Freedom of Information Act ("FOIA") Office by the United States Postal Service Office of Inspector General ("OIG") in Arlington, Virginia.

2. Sometime after 3/2/2006, I received a request for information from William Farley directed to the U. S. Postal Service in general. The request was forwarded to me by the U. S. Postal Service because the request could relate in some way to the Office of Inspector General.

3. In my search for the records, I checked with the OIG Office of Investigations to verify if there were any ongoing investigations relating to Mr. Farley's request.

1

4. I was informed that there was an ongoing investigation that directly dealt with the subject matter requested.

5. In a letter dated 3/27/2006, I denied Mr. Farley's request pursuant to 5 U.S.C. § 552(b)(7)(A) because the records were part of an ongoing investigation. Release of the records could compromise the law enforcement purposes of the investigation, so no records were released.

6. I also noted in my letter that Mr. Farley could periodically request the information until the investigation was completed and materials could not be withheld pursuant to exemption (7)(A).

7. Mr. Farley appealed my determination.

8. In a letter dated 5/8/2006, Mr. Farley's appeal was denied by Gladis Griffith. The letter contains legal citations supporting the OIG's determination and again notes that Mr. Farley could make subsequent requests until the investigation was completed and exemption (7)(A) would not apply.

9. To my knowledge, no other requests were made.

## DECLARATION

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Date: 8/29/06

Betsy Cuthbertson
Manager, FOIA Office