**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-1023 (JDB) ) |
| POSTMASTER GENERAL JOHN E. POTTER U.S. POSTAL SERVICE, | ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

Upon consideration of plaintiff's motion for summary judgment, defendant's motion for summary judgment, the oppositions and replies thereto, and after a review of the entire record, it is this _____ day of _____, 2006

ORDERED, that plaintiff's motion is denied, and it is

FURTHER ORDERED that defendant's motion is granted.

_____
UNITED STATES DISTRICT JUDGE