**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 06-1023 (JDB) |
| POSTMASTER GENERAL JOHN E. POTTER ) U.S. POSTAL SERVICE, ) ) | |
| Defendant. ) ) ) | |

<u>OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>

# SEE DOCKET ENTRY #15