UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED AMERICA FINANCIAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> POSTMASTER GENERAL, JOHN E. POTTER, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-1023 (JDB) <br> ) <br> ) <br> ) <br> ) |

## ERRATA AND NOTICE OF FILING OF CORRECTED DECLARATION

Defendant's memorandum in support of his motion for summary judgment and opposition (Docket Entry # 15) is corrected as follows:

Page 5, line 16: "a three-page e-mail" is corrected to " three emails";

Page 5, line 21-22: "an email" is corrected to "three emails, a";

Page 6, line 24: after March 7, 2006, delete "Plaintiff's" and add: "Plaintiff added a"

Page 8, lines 17-18 and Page 23, line 8: add "12, 13 & 21" to the list of documents containing Exemptions 6 records;

Page 8, line 23 and Page 25, line 13: add "11, 14 & 21" to the list containing Exemption 7(C) records;

Page 13, line 5: add Declaration of John Patrick Tyrrell to the list of declarations;

Page 22, line 24: change "Electronic message," to three electronic messages, a";

Page 23, line 4: add "On October 30, 2006, plaintiff was sent an additional 47 pages of record material by the Inspection Service. See Baxter Decl. and Vaughn Index at Document 21."

Page 23, line 14: delete "Document 18 contains" and add "Documents 18 and 21 contain"

A corrected copy of the memorandum is attached.

In addition, defendant inadvertently filed an incorrect version of the Declaration of Ms. Baxter with his motion. The correct version of the declaration is attached as is an updated Vaughn Index. The declaration and Vaughn Index now include references to the documents released on October 30, 2006. See ¶¶ 22 & 29 of the declaration and Document 21 of the Vaughn Index.

Should plaintiff need additional time to respond to defendant's motion in light of this errata, defendant has no objection.

Respectfully submitted,

_____/s/_____
CLAIRE WHITAKER, D.C. BAR # 354530
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C. 20530
(202) 514-7137