**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED | ) |
| | ) |
| | ) |
| | ) Civil No.: 06 CV 1023 (JDB) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| POSTMASTER GENERAL JOHN E. POTTER | ) |
| U.S. POSTAL SERVICE, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO: (1) FILE
THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGEMENT
AND (2) THEIR OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT AND MEMORANDUM IN SUPPORT**

Pursuant to the Federal Rules of Civil Procedure 6, Plaintiff, United America Financial,

Incorporated ("UAF"), by and through their attorneys respectfully move for an enlargement of

time to: (1)  Reply to Defendant's opposition to their motion for summary judgment; and (2)

Oppose Defendant's Motion for Summary Judgment.[1]

Plaintiff's counsel has had numerous professional commitments and deadlines which

required substantial amounts of time this past week, including an emergency motion to quash a

criminal subpoena. In support of this Motion, plaintiff relies on the accompanying Memorandum

of Points and Authorities and the entire record herein.

---

[1]  Defendant has filed one document to serve as the opposition as well as the Defendant's
Motion for Summary Judgment.  The period of time for plaintiff to respond to each document is
different.

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF THEIR CONSENT MOTION TO ENLARGE THE TIME TO REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND OPPOSE DEFENDANT'S MOTION**

1.      Pursuant to Rule 6 of the Federal Rules of Civil Procedure, a filing deadline may be extended for good cause shown if the request is made before the expiration of the period originally prescribed.

2.      Pursuant to the Federal Rules of Civil Procedure, Rule 6(a) Plaintiff's Reply is due on November 22, 2006.

3.      Plaintiff has not yet finished their Reply.  Plaintiff respectfully requests additional time to complete their Reply.

4.      Plaintiff has not yet finished their Opposition to Defendant's Motion for Summary Judgment.  Plaintiff respectfully requests additional time to complete their Opposition to Defendant's Motion for Summary Judgment.

5.      Plaintiff has made substantial progress.

6.      Plaintiff's counsel have had numerous professional commitments including filing an emergency motion and oral argument preparation for a summary judgment motion.

7.      The proposed extension would not affect any scheduled court date.

8.      Defendant consents to the proposed enlargement.

WHEREFORE, Plaintiff respectfully requests that the deadline to file their Reply and file their Opposition to Defendant's Motion for Summary Judgment in this matter be extended to November 30, 2006.

**CONCLUSION**

Accordingly, Plaintiff requests the Court to grant their motion for an enlargement of time.

A draft order is attached.

Respectfully submitted,


  /s/ William P. Farley
William P. Farley #466280
Law Office of William P. Farley, P.C.
900 17th Street, N.W.
Suite 1250
Washington, D.C.  20006
(202) 293-3200
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **UNITED AMERICA FINANCIAL, INCORPORATED** | ) |
| | ) |
| | )**Civil No.: 06 CV 1023 (JDB)** |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) |
| **POSTMASTER GENERAL JOHN E. POTTER** | ) |
| **U.S. POSTAL SERVICE,** | ) |
| **Defendants.** | ) |

_____)

**ORDER**

Upon consideration of Plaintiff's Motion for an enlargement of time, Defendant's

Consent, it is the ___ day of _____, 2006 hereby:

**ORDERED** that the Plaintiff's motion be and hereby is **GRANTED;** and it is

**FURTHER ORDERED** that Plaintiff's shall file their Reply in Support of Their Motion

for Summary Judgement and their Opposition to Defendant's Motion for Summary Judgment on

or before November 30, 2006..

_____
The Honorable John D. Bates
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Consent Motion for an Enlargement of Time To: (1) File Their Reply in Support of Their Motion for Summary Judgement and (2) Their Opposition to Defendant's Motion for Summary Judgment was served on all parties pursuant to the court's rules via electronic transmission, on this 22nd day of November 2006 to:

CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137
Counsel for Defendant


_____/s/    William P. Farley_____
William P. Farley 466280
Law Office of William P. Farley P.C.
900 17th Street, N.W.
Suite1250
Washington, D.C. 20006
(202) 293-3200
Counsel for Plaintiff