UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>POSTMASTER GENERAL JOHN E. POTTER )<br>U.S. POSTAL SERVICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1023 (JDB) |

**CONSENT MOTION TO EXTEND TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an enlargement of time to reply to plaintiff's opposition to defendant's motion for summary judgment, to and including December 15, 2006. Defendant's motion is presently due on December 7, 2006. Plaintiff's counsel has graciously indicated that plaintiff does not object to this extension of time. The reasons for this requested extension are as follows:

On November 30, 2006, plaintiff filed an opposition to defendant's motion for summary judgment in this Freedom of Information Act case. Since then, undersigned counsel primarily assigned to the case has been involved in the taking of five depositions in Hayes v. United States, Civil Action No. 05-1421 (PLF) (D.D.C.), and motions' hearing argument in American Postal Workers Union v. National Postal Mail Handlers, Union, et al., Civil Action No. 05-1290 (RBW/AK) (D.D.C.). Because of this workload, undersigned counsel has been unable to consult with the various components of the Postal Service and prepare a reply for filing on defendant's behalf. It is anticipated that a draft reply will be completed for supervisory review and filing within the next six working days. Accordingly, it is respectfully requested that the deadline to

respond to plaintiff's opposition be extended to December 15, 2006. A proposed order is attached.

                    Respectfully submitted,

                    /s/
                    JEFFREY A. TAYLOR, D.C. Bar # 498610
                    United States Attorney

                    /s/
                    RUDOLPH CONTRERAS, D.C. Bar # 434122
                    Assistant United States Attorney

                    /s/
                    CLAIRE WHITAKER, D.C. Bar # 354530
                    Assistant United States Attorney
                    United States Attorneys Office
                    Civil Division
                    555 4th Street, N.W., Room E-4204
                    Washington, D.C. 20530
                    (202) 514-7137