**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, ) ) ) Plaintiff, ) ) v. ) ) POSTMASTER GENERAL JOHN E. POTTER ) U.S. POSTAL SERVICE, ) ) Defendant. ) ) _____) | Civil Action No.  06-1023 (JDB) |

**ORDER**

Upon consideration of defendant's consent motion to extend the time to respond to plaintiff's opposition to defendant's motion for summary judgment, and for good cause shown, it is this _____ day of _____, 2006

ORDERED, that said motion is granted.  Defendant's reply is due on or before December 15, 2006.

_____
UNITED STATES DISTRICT JUDGE