UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>POSTMASTER GENERAL JOHN E. POTTER )<br>U.S. POSTAL SERVICE, )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No.  06-1023 (JDB) |

## MOTION TO EXTEND TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an enlargement of time to reply to plaintiff's opposition to defendant's motion for summary judgment, to and including December 22, 2006.  This is defendant's second request for an extension of the reply.  Defendant's motion is presently due on December 15, 2006.  Undersigned counsel primarily assigned to this case has attempted unsuccessfully to contact plaintiff's counsel.  Plaintiff's counsel consented to the first motion for extension of time.

The reason for this request is as follows:

The Postal Service has determined to reprocess the records of the Office of Inspection Services.  To that end, a revised Vaughn Index has been prepared.  However, the declaration that will accompany that Vaughn Index has not been completed.  It is anticipated that the declaration will be ready by December 20, 2006, for review and incorporation into a reply for filing with the Court.  An additional two days are needed for undersigned counsel to draft the reply.

Accordingly, it is respectfully requested that the time for filing defendant's reply be extended to December 22, 2006. A proposed order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137