**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, </br></br> Plaintiff, </br></br> v. </br></br> POSTMASTER GENERAL JOHN E. POTTER U.S. POSTAL SERVICE, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 06-1023 (JDB)

**ORDER**

Upon consideration of defendant's motion to extend the time to respond to plaintiff's opposition to defendant's motion for summary judgment, and for good cause shown, it is this

_____ day of _____, 2006

ORDERED, that said motion is granted. Defendant's reply is due on or before December 22, 2006.

_____
UNITED STATES DISTRICT JUDGE