UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>POSTMASTER GENERAL JOHN E. POTTER  )<br>U.S. POSTAL SERVICE,  )<br>)<br>Defendant.  )<br>)<br>_____) | Civil Action No.  06-1023 (JDB) |

**MOTION TO EXTEND TIME**

  Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an additional four-day enlargement of time to reply to plaintiff's opposition to defendant's motion for summary judgment, to and including December 29, 2006.  Defendant's motion is presently due on December 22, 2006.  Undersigned counsel primarily assigned to this case has conferred the plaintiff's counsel who indicates that plaintiff will oppose this motion.

  The reason for this request is as follows:

  As noted in defendant's December 15, 2006, motion to extend the reply due date, the Postal Service has determined to reprocess the records of the Office of Inspection Services.  During that reprocessing, additional exemptions were identified and a new declaration and Vaughn Index have been prepared.  In addition, a second declaration from a postal agent is also deemed necessary.  Although that declaration has been drafted and is ready for signature, the declarant has not reviewed and signed it as of this filing.  Undersigned counsel primarily assigned to the case should receive it by close of business this date.

Because counsel will be required to review the new documents before drafting defendant's reply, a brief extension of time is respectfully requested. As undersigned counsel will be out of the office on December 26-28, 2006, it is respectfully requested that the time for filing defendant's reply be extended to December 29, 2006.

Accordingly, it is respectfully requested that the time for filing defendant's reply be extended to December 29, 2006. A proposed order is attached.

                                      Respectfully submitted,

                                      /s/
                                    JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

                                      /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

                                      /s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137