## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No.  06-1023 (JDB) ) |
| POSTMASTER GENERAL JOHN E. POTTER U.S. POSTAL SERVICE, | ) ) ) |
| Defendant. | ) ) ) |

### ORDER

Upon consideration of defendant's motion to extend the time to respond to plaintiff's opposition to defendant's motion for summary judgment, and for good cause shown, it is this

_____ day of _____, 2006

ORDERED, that said motion is granted.  Defendant's reply is due on or before December 29, 2006.

_____
UNITED STATES DISTRICT JUDGE