**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>POSTMASTER GENERAL JOHN E. POTTER )<br>U.S. POSTAL SERVICE, )<br>)<br>Defendant. )<br>)<br>_____) | Civil Action No. 06-1023 (JDB) |

**ORDER**

Upon consideration of plaintiff's motion for summary judgment, defendant's motion for summary judgment, the oppositions and replies thereto, and after a review of the entire record, it is this _____ day of _____, 2006

ORDERED, that plaintiff's motion is denied, and it is

FURTHER ORDERED that defendant's motion is granted.

_____
UNITED STATES DISTRICT JUDGE