UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>POSTMASTER GENERAL JOHN E. POTTER U.S. POSTAL SERVICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1023 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DEFENDANT'S FILING UNDER SEAL FOR IN CAMERA INSPECTION PURSUANT TO THE COURT'S MINUTE ORDER OF July 26, 2007**

On July 26, 2007, this Court entered a Minute Order directing defendant to submit to the Court under seal, for an ex parte in camera review, an unredacted copy of the documents identified in the Vaughn indices in this case as having been withheld in whole or in part and, where applicable, indicate which portions have been redacted and the applicable exemptions.

Notice is hereby given that said submission has been made this date, accompanied by the attached declarations.

Respectfully submitted,

CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL UNITED STATES POSTAL SERVICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0123 (JDG)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF BETSY CUTHBERTSON

I, Betsy Cuthbertson, make the following declaration in lieu of affidavit pursuant to 28 U.S.C. § 1746. I am aware that this declaration is the legal equivalent of a statement under oath and that it will be filed in the United States District Court for the District of Columbia.

1. I am the Manager for the Freedom of Information Act Office for the Office of Inspector General for the United States Postal Service. I have held this position since February 2004.

2. Attached hereto are true copies of the documents withheld in their entirety based on FOIA exemption 7(A), 7(C), 7(D), 7(E), b(2), (b)(5) & b(6). The documents are being withheld pending criminal prosecution.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Date: August 7, 2007

Betsy Cuthbertson
Manager, FOIA

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED AMERICA FINANCIAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06CV0123 |
| POSTMASTER GENERAL, JOHN E. POTTER | ) |
| Defendant | ) |

## DECLARATION OF JULIE S. MOORE

I, JULIE S. MOORE, declare as follows as true and correct:

1. I am currently the Manager, Compensation at the U.S. Postal Service Headquarters in Washington, DC. I have held this position since May 2005.

2. I have attached the five pages withheld in their entirety pursuant to Exemptions 2, 5, 6, 7(c) and Privacy Act as indicated by the Vaughn Index.

3. I have attached an unredacted format of the one page that was released in redacted form pursuant to Exemptions 2, 5, 6, 7(c) and Privacy Act.

Executed this 1st day of August 2007.

Julie S. Moore
Manager, Compensation
U.S. Postal Service
Washington, DC 20260

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV0123 |
| ) | |
| POSTMASTER GENERAL, JOHN E. POTTER ) | |
| ) | |
| Defendant ) | |

### DECLARATION OF JOHN PATRICK TYRRELL

I, John Patrick Tyrrell, declare as follows:

1. I am currently employed as an attorney in the Claims and Employment Law Branch, Office of General Counsel, U.S. Department of Health and Human Services, Washington, D.C. I previously worked as an attorney at U.S. Postal Service Headquarters, Washington, D.C., from July 1999 until May 2006. During my last four years at the Postal Service, I worked in the Corporate Law Section, Office of General Counsel, primarily providing advice concerning the Privacy Act of 1974 and the Freedom of Information Act.

2. I reviewed the 11 pages of Postal Service documents (as distinguished from U.S. Postal Inspection Service documents) at issue in this case. After reviewing the documents and discussing them with Ms. Wegner, I made a recommendation that one page be released with redactions based on FOIA Exemptions 2, 3, 5, and 6 and that five pages should be withheld in their entirety under FOIA Exemptions 2, 3, 5, and 6.

3. Attached are true copies the five pages of documents withheld in their entirety.

4.  Attached is a true copy of the one redacted document (email dated January 27, 2006) in its unredacted version with the applicable FOIA Exemptions 2, 3, 5, and 6 identified.

Executed this 1ST day of August 2007.

*[signature: John Patrick Tyrrell]*

JOHN PATRICK TYRRELL
Attorney, Claims and Employment Law Branch
Office of the General Counsel
U.S. Department of Health and Human Services
330 Independence Avenue, S.W., Room 4760
Washington, D.C. 20201

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Case No. 1:06CV0123 <br> POSTMASTER GENERAL, JOHN E. POTTER ) <br> ) <br> Defendant ) <br> ) | |

## DECLARATION OF KARLA M. MALONE

I, **Karla M. Malone**, declare the following to be true and correct. I am aware that this declaration will be submitted in connection with the proceeding captioned above and that it is the legal equivalent of a statement under oath:

1. I am a Paralegal Specialist in the Capital Metro Law Department located in Landover, Maryland for the United States Postal Service.

2. Attached are true copies of USPS Inspection Service documents 1-20 withheld under the appropriate exceptions identified in the attached December 2006 Vaughn Index. These documents are currently under the control and custody of the Office of Inspector General pending an ongoing criminal investigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2007.

_Karla M Malone_
Karla M Malone
Paralegal Specialist
U. S. Postal Service
Capital Metro Law Department

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INC., ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:06CV0123 |
| POSTMASTER GENERAL, JOHN E. POTTER ) | |
| Defendant ) | |

### DECLARATION OF MILDRED R. BAXTER

I, **Mildred R. Baxter**, declare the following:

1. I am an Information Disclosure Technician in the Office of Counsel for the U.S. Postal Inspection Service in Washington, D.C.

2. Documents 1-20 are true copies of the documents withheld in their entirety based on the exemptions identified in the November 2006 Vaughn index.

3. The remaining documents are unredacted true copies of the documents that were released with redactions based on exemptions (b)(2), (b)(5), (b)(6), (b)(7)(C), (b)(7)(D) and (b)(7)(E).

I declare under penalty of perjury that the foregoing is true and correct. Executed on August _1_, 2007.

_____
Mildred R. Baxter
Information Disclosure Technician
Office of the Chief Inspector
U. S. Postal Inspection Service

# Documents released in redacted form prior to litigation (Set A - unredacted, Set A-1 - redacted)

# Documents released in redacted form after litigation commenced
# (Set B - unredacted, Set B-1 - redacted)