UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED AMERICA FINANCIAL, INCORPORATED,**<br><br>     Plaintiff,<br><br>          v.<br><br>**POSTMASTER GENERAL JOHN E. POTTER, U.S. POSTAL SERVICE,**<br><br>     Defendant. | Civil Action No.  06-1023 (JDB) |

## ORDER

Upon consideration of [8] plaintiff's motion for summary judgment and [15, 17] defendant's cross-motion for summary judgment, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendant's motion for summary judgment is **GRANTED IN PART**, with respect to the withholdings of the Compensation Office with two exceptions: (1) the UAF business cards are not covered by any exemption and, hence, must be released; and (2) the Court will reserve decision on whether portions of the emails are reasonably segregable and whether the names in the emails must be released; it is further

**ORDERED** that defendant's motion for summary judgment is **DENIED WITHOUT PREJUDICE** in all other respects; and it is further

**ORDERED** that plaintiff's motion for summary judgment is **DENIED**, subject to renewal on the matter of the nondisclosures by the Inspection Service and the Office of Inspector General, and the names withheld by the Compensation Office; and it is further

**ORDERED** that the following schedule shall govern the filing of further dispositive motions: Defendant shall file his renewed motion for summary judgment with supporting declarations by not later than March 3, 2008.  Plaintiff shall file its opposition and cross-motion for summary judgment by not later than April 3, 2008.  Defendant shall file his opposition to plaintiff's cross-motion and reply in support of his motion by not later than May 2, 2008. Plaintiff shall file its final reply brief by not later than May 23, 2008.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date:   January 22, 2008