UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, ) ) ) **Plaintiff,** ) ) v. ) ) POSTMASTER GENERAL JOHN E. POTTER ) U.S. POSTAL SERVICE, ) ) **Defendant.** ) ) _____) | Civil Action No. 06-1023 (JDB) |

## MOTION TO EXTEND TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an extension of time, to and including March 18, 2008, for the filing of defendant's renewed motion for summary judgment in this Freedom of Information Act case. Defendant also requests that the additional briefing dates be extended as well as set forth below. Undersigned counsel primarily assigned to this case attempted unsuccessfully to confer with the plaintiff's counsel before the filing of this motion.

The reason for this request is as follows: By order dated January 22, 2008, the Court denied defendant's motion for summary judgment without prejudice and entered a new briefing schedule that provides for the filing of defendant's motion on March 3, 2008, with plaintiff's opposition and cross-motion due on April 3, 2008, defendant's opposition and reply due on May 2, 2008, and plaintiff's final reply brief due on May 23, 2008. The defendant has determined that Exemption 7(A) will not be raised and that it would review the records again to determine what if any additional records can be released. The review process has taken longer than anticipated. Defendant's counsel has received drafts of supporting declarations and a draft

Vaughn Index, but has asked the Postal Service to re-review the exemptions asserted. It is anticipated that an additional ten-day period will be necessary in order to complete the re-review and prepare final supporting documents for filing with the Court. Accordingly, it is respectfully requested that the time for filing defendant's renewed motion be extended to March 18, 2008. Because this extension will affect the other deadlines set by the Court, it is respectfully requested that the following briefing schedule be set:

Defendant's Renewed Motion for Summary Judgment - due March 18, 2008,

Plaintiff's opposition and cross-motion for summary judgment - due April 18, 2008,

Defendant's opposition to plaintiff's cross motion and reply in support of his motion - due May 16, 2008, and

Plaintiff's final reply brief - due June 6, 2008.

A proposed order is attached.

                              Respectfully submitted,

                              /s/
                              JEFFREY A. TAYLOR, D.C. Bar # 498610
                              United States Attorney

                              /s/
                              RUDOLPH CONTRERAS, D.C. Bar # 434122
                              Assistant United States Attorney

                              /s/
                              CLAIRE WHITAKER, D.C. Bar # 354530
                              Assistant United States Attorney
                              United States Attorneys Office
                              Civil Division
                              555 4th Street, N.W., Room E-4204
                              Washington, D.C. 20530
                              (202) 514-7137