# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 06-1023 (JDB) |
| POSTMASTER GENERAL JOHN E. POTTER U.S. POSTAL SERVICE, | ) ) ) ) |
| Defendant. | ) ) ) |

## ORDER

Upon consideration of defendant's motion to extend the time for filing a renewed motion for summary judgment, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED, that the briefing schedule is modified as follows:

Defendant's Renewed Motion for Summary Judgment - due March 18, 2008,

Plaintiff's opposition and cross-motion for summary judgment - due April 18, 2008,

Defendant's opposition to plaintiff's cross motion and reply in support of his motion -
　　due May 16, 2008, and

Plaintiff's final reply brief - due June 6, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE