UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> POSTMASTER GENERAL JOHN E. POTTER ) <br> U.S. POSTAL SERVICE, ) <br> ) <br> ) <br> **Defendant.** ) <br> ) | Civil No.: 06 CV 1023 (JDB) |

**PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION TO EXTEND THE TIME FOR FILING A RENEWED
MOTION FOR SUMMARY JUDGMENT**

Plaintiff, United America Financial, Incorporated ("UAF") does not oppose defendant's motion to extend the time for filing a renewed motion for summary judgment filed on March 3, 2008. However, Plaintiff asks that no further enlargements be granted to Defendant that would push their final briefs beyond May 16, 2008 or Plaintiff's Reply beyond June 6, 2008. Plaintiff's counsel has made arrangements for a long planned vacation that will make it impossible for him to file briefs after that date.

In addition, Plaintiff seeks the information in this matter that is time sensitive. Plaintiff has waited patiently for years for Defendant's response. Plaintiff asks for a reasonable limit on enlargements. The pressures of litigation are often great, however, there must be a limit to the number of enlargements granted.

WHEREFORE, Plaintiff respectfully requests that defendant's motion to extend the time

for filing a renewed motion for summary judgment be granted and no further enlargements be granted.

## CONCLUSION

Accordingly, Plaintiff requests the Court to grant defendant's motion to extend the time for filing a renewed motion for summary judgment for an enlargement of time to March 18, 2008 and no further enlargements be granted.  A draft order is attached.

        Respectfully submitted,

          /s/ William P. Farley  
        William P. Farley #466280  
        Law Office of William P. Farley, P.C.  
        900 17th Street, N.W.  
        Suite 1250  
        Washington, D.C.  20006  
        (202) 293-3200  
        Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED AMERICA FINANCIAL, INCORPORATED** ) | |
| ) | |
| ) | Civil No.: 06 CV 1023 (JDB) |
| **Plaintiff,** ) | |
| v. ) | |
| ) | |
| **POSTMASTER GENERAL JOHN E. POTTER** ) | |
| **U.S. POSTAL SERVICE,** ) | |
| **Defendants.** ) | |
| ) | |

### ORDER

Upon consideration of defendant's motion to extend the time for filing a renewed motion for summary judgment, Plaintiff's Consent, it is the ___ day of _____, 2008 hereby:

**ORDERED** that the Plaintiff's motion be and hereby is **GRANTED;** and it is

**FURTHER ORDERED** that defendant's motion to extend the time for filing a renewed motion for summary judgment to March 18, 2008 shall be granted and no further enlargements shall be granted.

_____
The Honorable John D. Bates
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Opposition to defendant's motion to extend the time for filing a renewed motion for summary judgment was served on all parties pursuant to the court's rules via electronic transmission, on this 4th day of March 2008 to:

        CLAIRE WHITAKER, D.C. Bar # 354530
        Assistant United States Attorney
        United States Attorneys Office
        Civil Division
        555 4th Street, N.W., Room E-4204
        Washington, D.C. 20530
        (202) 514-7137
        Counsel for Defendant


        ____/s/ William P. Farley_____
        William P. Farley 466280
        Law Office of William P. Farley
        1350 Connecticut Avenue, N.W., Suite 200
        Washington, D.C. 20036
        (202) 775-1550 (telephone)
        (202) 775-0008 (fax)
        farley@dccounselor.com
        Counsel for Plaintiff