UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.  06-1023 (JDB) |
| POSTMASTER GENERAL JOHN E. POTTER ) U.S. POSTAL SERVICE, ) ) | |
| Defendant. ) ) | |

## MOTION TO EXTEND TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an additional five-working-day extension of time for the filing of defendant's "Renewed Motion for Summary Judgment" in this Freedom of Information Act case.  Defendant's motion is presently due on March 18, 2008.  Defendant also requests that the additional briefing dates be extended as follows:   Defendant's motion, presently due on March 18, 2008, would be extended to March 25, 2008; Plaintiff's cross motion and opposition, presently due on April 18, 2008, would be extended to April 25, 2008; Defendant's opposition and reply, presently due on May 16, 2008, would remain due on May 16, 2008; and Plaintiff's reply, presently due on June 6, 2008, would remain due on June 6, 2008.

Plaintiff opposes this extension and requests that the Court not permit defendant to file his "final brief[] beyond May 16, 2008 or Plaintiff's Reply beyond June 6, 2008." Document 29, p. 1.  The proposed schedule accommodates plaintiff's concerns without shortening its time to respond or reply to defendant's filings.

The reasons for this request for extension of time are as follows: The agency has completed its review of the documents that have previously been withheld and has determined to

release many previously withheld documents in redacted form. The agency has also prepared revised declarations to support defendant's renewed motion for summary judgment, but needs to redraft them in light of additional review by counsel. However, it has become impossible to meet the March 18, 2008, deadline because of recent events within the agency. For instance, members of the Inspection Service have been involved in a murder trial that has required the commitment of a substantial amount of time by the declarant in this case. Moreover, the declarant for the Office of Inspector General has been away from the Office. Although the motion could be drafted and filed piecemeal with respect to individual agency components, defendant believes that a more orderly process would be to file a single motion that addresses plaintiff's claims in a comprehensive manner.

Accordingly, it is respectfully requested that the time for filing defendant's renewed motion be extended to March 25, 2008. Because this extension will affect the other deadlines set by the Court, it is respectfully requested that the following briefing schedule be set:

Defendant's Renewed Motion for Summary Judgment - due March 25, 2008,

Plaintiff's opposition and cross-motion for summary judgment - due April 25, 2008,

Defendant's opposition to plaintiff's cross motion and reply in support of his motion - due May 16, 2008, and

Plaintiff's final reply brief - due June 6, 2008.

A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

                     /s/
_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137