# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED AMERICA FINANCIAL,<br>INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  06-1023 (JDB) |
| | ) | |
| POSTMASTER GENERAL JOHN E. POTTER<br>U.S. POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## ORDER

Upon consideration of defendant's motion to extend the time for filing a renewed motion

for summary judgment, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED, that the briefing schedule is modified as follows:

Defendant's Renewed Motion for Summary Judgment - due March 25, 2008,

Plaintiff's opposition and cross-motion for summary judgment - due April 25, 2008,

Defendant's opposition to plaintiff's cross motion and reply in support of his motion -

due May 16, 2008, and

Plaintiff's final reply brief - due June 6, 2008.

_____
UNITED STATES DISTRICT JUDGE