UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, ) ) ) Plaintiff, ) ) v. ) ) POSTMASTER GENERAL JOHN E. POTTER ) U.S. POSTAL SERVICE, ) ) Defendant. ) ) | Civil Action No. 06-1023 (JDB) |

## MOTION TO EXTEND TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for two additional days to finalize and file "Renewed Motion for Summary Judgment" in this Freedom of Information Act case. Defendant's motion is presently due on March 25, 2008. Defendant also requests additional briefing dates that will not have a negative impact on plaintiff as the period for defendant's reply will be shortened in this proposal as it was in the previously requested extension of time. R. 30. The schedule would be modified as follows: Defendant's motion, presently due on March 25, 2008, would be extended to March 27, 2008; Plaintiff's cross motion and opposition, presently due on April 25, 2008, would be extended to April 28, 2008; Defendant's opposition and reply, presently due on May 16, 2008, would remain due on May 16, 2008; and Plaintiff's reply, presently due on June 6, 2008, would remain due on June 6, 2008.

Defendant has attempted unsuccessfully to contact Plaintiff's counsel concerning the request. However, as Plaintiff has opposed any extension in the past, it is assumed that he will continue to oppose this one. Defendant has insured that this proposal accommodates Plaintiff's request to not permit defendant to file his "final brief[] beyond May 16, 2008 or Plaintiff's Reply beyond June 6, 2008." Document 29, p. 1. The proposed schedule again shortens defendant's

time for filing a reply.

The grounds for this motion are that Defendant's counsel primarily assigned to this case has only received the final declaration of the Postal Service's Office of Inspector General and as of this filing has not yet received the final declaration from the Postal Service's Inspection Service. Because counsel must complete the draft of the renewed dispositive motion by relying on the content of these declarations, additional time is needed to do so.

Accordingly, it is respectfully requested that the time for filing defendant's renewed motion be extended to March 27, 2008. Because this extension will affect the other deadlines set by the Court, it is respectfully requested that the following briefing schedule be set:

Defendant's Renewed Motion for Summary Judgment - due March 27, 2008,

Plaintiff's opposition and cross-motion for summary judgment - due April 28, 2008,

Defendant's opposition to plaintiff's cross motion and reply in support of his motion -
   due May 16, 2008, and

Plaintiff's final reply brief - due June 6, 2008.

A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney