UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-1023 (JDB) ) |
| POSTMASTER GENERAL JOHN E. POTTER U.S. POSTAL SERVICE, | ) ) ) |
| Defendant. | ) ) ) |

ORDER

Upon consideration of defendant's renewed motion for summary judgment, the opposition and reply thereto, and after a review of the entire record, it is this _____ day of _____, 2008

ORDERED, that defendant's motion is granted. Summary Judgment is entered on behalf of the defendant and this case is dismissed, with prejudice.

_____
UNITED STATES DISTRICT JUDGE