## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-0123 (JDG) |
| | ) ) | |
| JOHN E. POTTER, POSTMASTER GENERAL UNITED STATES POSTAL SERVICE, | ) ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF BETSY CUTHBERTSON

I, Betsy Cuthbertson, make the following declaration in lieu of affidavit pursuant to 28 U.S.C. § 1746. I am aware that this declaration is the legal equivalent of a statement under oath and that it will be filed in the United States District Court for the District of Columbia.

1.    I am the Manager for the Freedom of Information Act (FOIA) Office for the Office of Inspector General for the United States Postal Service. I have held this position since February 2004.

2.  On behalf of the OIG FOIA Office, this letter (and attached documents) responds to the various issues addressed by Plaintiff, United America Financial, Inc., in its Opposition to Defendant's Motion for Summary Judgment.

3.  Plaintiff states the Post Office never provided the documents I processed for release. I have provided a copy with this response.

4. Plaintiff questions my statement referring to testimony and representatives. When I referred to testimony, I was referring to interviews. Record of the interviews is included in the released documents. When I referred to representatives, I referred not to legal representatives but to sources, particularly relative(s), who complained to the Office of Inspector General on behalf of a postal employee.

5. The Freedom of Information Act does not obligate me to identify evidence showing that Plaintiff is a Nigerian identity thief. My obligation is to provide responsive records. The records I processed and have provided may address the issue; to opine on the contents of documents is outside my duty.

6. Plaintiff states I do not identify where I found information that the investigation is ongoing. Actually, I pointed out that the investigation is now closed. It is because of the changed status that I voluntarily treated the request as a new request and have discretionarily chosen to extend it to records created after the original request was first filed.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

May 9, 2008

Betsy Cuthbertson
Manager, FOIA Office