# EXHIBIT A

# EXHIBIT A

LAW DEPARTMENT
CAPITAL METRO OFFICE


UNITED STATES
POSTAL SERVICE

May 12, 2008

William Farley, Esq.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20036

Re:   *United America Financial v. United States Postal Service*
      Docket No: 06-1023 (JDB)

Dear Mr. Farley:

Pursuant to the Judge's Memorandum Opinion dated January 22, 2008 in the above matter, the U.S. Postal Service is releasing two documents in redacted format consisting of the business cards of UAF employees.

Sincerely,

Karla M Malone
Paralegal Specialist

Enclosure (two documents in redacted format, UAF business cards)

8200 Corporate Drive
Landover, MD 20785
(301) 955-0700

01/24/2006 18:48

10

 Employee Services Division
UAF

Kwame Floyd
Representative
202-255-3401 (cell)
512-J E. Randolph Rd.
Silver Spring, MD 20904
Office: (301) 879-7942
Fax: (301) 879-7940
Toll Free: 1-888-213-5522

FEGLI, SGLI, VGLI
Disability & Permanent

 Employee Services Division
UAF

Stacie Johnson
Representative
(201) 518-8406
512-J E. Randolph Rd.
Silver Spring, MD 20904
Office: (301) 879-7942
Fax: (301) 879-7940
Toll Free: 1-888-213-5522

FEGLI, SGLI, VGLI
Disability & Permanent

P.02

JAN-25-2006 14:21   US POSTAL SERVICE

FAX NO. :     Jan. 25 2006 11:29AM P1

## Routing Slip

| To | Dept., Office or Room No. | |
|---|---|---|
| 1. | | ___ Approval |
| | | ___ Signature |
| | | ___ Comment |
| 2. | | ___ See Me |
| | | ___ As Requested |
| 3. | | ___ Information |
| | | ___ Read and Return |
| 4. | | ___ Read and File |
| | | ___ Necessary Action |
| 5. | | ___ Investigate |
| | | ___ Recommendation |
| 6. | | ___ Prepare Reply |

From: [redacted]  Extension:

Date: 01/25/06  Room No.:

Remarks: [redacted]

Here is a copy of business card

**Employee Services Division**
UAF
(240) 432-1053
Kevin Ihegbe
Representative

FEGLI, SGLI, VGLI
Disability & Permanent
Supplement Services

512-J E. Randolph Rd.
Silver Spring, MD
Phone: 1-866-213-5522
Fax: 301-879-7940

TransFORM Item 0-13, August 1976