UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED AMERICA FINANCIAL, INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>POSTMASTER GENERAL JOHN E. POTTER<br>U.S. POSTAL SERVICE,<br><br>    Defendant. | Civil Action No. 06-1023 (JDB) |

DECLARATION OF TIMOTHY A. RICE

I, Timothy A. Rice, declare under penalty of perjury as follows:

1. I am a Paralegal Specialist for the Office of the United States Attorney for the District of Columbia, Civil Division. I have served in this capacity, since October of 2005. In my capacity as Paralegal Specialist, I am authorized to assist the Assistant United States Attorney assigned primary responsibility in this action.

2. At 6:29 P.M. on May 15, 2008, I sent an e-mail message to Attorney William P. Farley regarding the above captioned case. The e-mail was sent to Mr. Farley at the e-mail address provided on this Court's Pacer Docket: farley@dccounselor.com. Attached to this message were three (3) documents in pdf form: (1) Defendant's Response to Plaintiff's Opposition and Motion for Summary Judgment and Notice of Filing, (2) the Supplemental Declaration of Mildred R. Baxter ("Baxter Declaration"), and (3) Declaration of Betsy Cuthbertson ("Cuthbertson Declaration"). The Baxter Declaration was 3 pages long and had 104 pages of documents attached, making that pdf. document a total of 107 pages in length. The

Cuthbertson Declaration was 2 pages long and had 137 pages of documents attached, making that pdf. document a total of 139 pages in length. Therefore, on May 15, 2008, I e-mailed over 200 pages of documents to Attorney William P. Farley at the e-mail address listed on this Court's Pacer docket.

I declare the foregoing to be true under penalty of perjury.

Executed this 9th day of June, 2008.

                                                  TIMOTHY A. RICE
                                                  Paralegal Specialist
                                                  for the United States
                                                  Attorney's Office for
                                                  the District of Columbia

**Rice, Timothy (USADC)**

| | |
|---|---|
| **From:** | Rice, Timothy (USADC) |
| **Sent:** | Thursday, May 15, 2008 6:29 PM |
| **To:** | 'farley@dccounselor.com' |
| **Cc:** | Whitaker, Claire (USADC) |
| **Subject:** | United Financial Incorporated v. John Potter, 06-1023 (JDB) |

  

USPS Reply briefFINAL.pdf    BaxterDecl._Plaintiff.pdf    Cuthbertson_Decl._Plaintiff.pd...

Dear Mr. Farley:

Attached please find documents pertaining to Defendant's Response to Plaintiff's Opposition and Motion for Summary Judgment and Notice of Filing in United Financial Incorporated v. John Potter, 06-1023 (JDB). Thank you.

Sincerely,

Tim Rice
Paralegal to Assistant U.S. Attorney Claire Whitaker
U.S. Attorney's Office for the District of Columbia
Civil Division
Mailing Address:
555 4th Street NW
Washington, DC 20530
Phone:  (202) 514-7188
Fax:    (202) 514-8780

1